UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00284-RJC

| | | |
|---|---|---|
| WILSON BUCKINGHAM, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BESTWALL, LLC, | ) | |
| | ) | |
| Appellee. | ) | |
| ——————————————— | ) | |
| | ) | |
| In re | ) | **ORDER** |
| | ) | |
| BESTWALL LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ——————————————— | ) | |

**THIS MATTER** comes before the Court on the Joint Motion of Appellants and Appellee to Defer Briefing on Appellants' Motion for Leave to Appeal. (Doc. No. 4.)

On March 7, 2024, Appellants Wilson Buckingham and Angelika Weiss filed a Notice of Appeal to this Court from an order of the Bankruptcy Court. (Doc. No. 1). That same day, Appellants filed a Motion for Leave to Appeal. (Doc. No. 2). In light of related pending Motions for Certification of Direct Appeal to the Court of Appeals, on March 13, 2024, the parties filed the instant Joint Motion of Appellants and Appellee to Defer Briefing on Appellants' Motion for Leave to Appeal. (Doc. No. 4).

Recognizing that rulings related to the Motions for Direct Appeal are unlikely to occur before the parties and the Court expend considerable time and resources on

1

the Motion for Leave, and in order to proceed efficiently and avoid unnecessary expenditure of the parties' and the Court's time, the Joint Motion of Appellants and Appellee to Defer Briefing on Appellants' Motion for Leave to Appeal is granted.

**IT IS, THEREFORE, ORDERED** that:

1. The Joint Motion of Appellants and Appellee to Defer Briefing on Appellants' Motion for Leave to Appeal, (Doc. No. 4), is **GRANTED**;

2. Appellants shall file notice ("Deferral Termination Notice") on this Court's docket upon the occurrence of either the entry of a final order by the Bankruptcy Court denying the Motion for Direct Appeal or the entry of a final order by the Fourth Circuit denying a petition for appeal; and

3. Appellee shall submit its response to Appellants' Motion for Leave to Appeal, (Doc. No. 2), 14 days following the filing of the Deferral Termination Notice; and

4. Appellants shall submit any reply in support of their Motion for Leave no later than 14 days after Appellee files their Response.

Signed: March 19, 2024

Robert J. Conrad, Jr.
United States District Judge

2