UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00284-RJC

| | |
|---|---|
| WILSON BUCKINGHAM, et al., )<br>)<br>Appellants, )<br>)<br>v. )<br>)<br>BESTWALL LLC, )<br>)<br>Appellee. )<br>_____ )<br>)<br>In re )<br>)<br>BESTWALL LLC, )<br>)<br>Debtor. )<br>)<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Motion for Leave to Appear Pro Hac Vice as to Jonathan Ruckdeschel. (Doc. No. 18).

The Court has reviewed and considered the motion, which was accompanied by submission of the necessary fee. The Motion is granted, and Mr. Ruckdeschel is admitted to appear before this Court pro hac vice in accordance with Local Rule 83.1(b).

**IT IS SO ORDERED.**

Signed: December 13, 2024

Robert J. Conrad, Jr.
United States District Judge